# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

LISA RICKETTS,

      Plaintiff,                           **CLASS ACTION**

v.                                     Case No. 8:23-CV-00258-CEH

HUMANA INC.,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

     Plaintiff Lisa Ricketts hereby notifies the Court that the parties have reached a settlement with respect to Plaintiff's individual claims.

Dated: November 27, 2023

                                 **HIRALDO P.A.**

                                 */s/ Manuel S. Hiraldo*
                                 Manuel S. Hiraldo
                                 Florida Bar No. 030380
                                 401 E. Las Olas Boulevard
                                 Suite 1400
                                 Ft. Lauderdale, Florida 33301
                                 mhiraldo@hiraldolaw.com
                                 Telephone: 954-400-4713