UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA RICKETTS,

    Plaintiff,

v.                                                              Case No: 8:23-cv-258-CEH-TGW

HUMANA INC.,

    Defendant.
_____

## ORDER

The Court has been advised by the Notice of Settlement (Doc. 63) that the individual claims of Plaintiff Lisa Ricketts in the above-styled action have been settled. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal of Plaintiff Lisa Ricketts' individual claims shall be with prejudice. Any pending motions are **denied as moot** and the Clerk is **directed** to terminate all deadlines and administratively close the file.

**DONE** and **ORDERED** in Tampa, Florida on November 28, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties